## STUART v. HARRISON ET AL.

1. **Vendor's Lien:** WAIVED BY TAKING MORTGAGE. A vendor's lien is waived by taking a mortgage upon the property sold, to secure the purchase money.

*Appeal from Clinton District Court.*

MONDAY, DECEMBER 8.

THE petition states that Alexander Stuart sold and conveyed to the defendants certain described real estate; that a certain portion of the purchase money was secured by mortgage on the real estate conveyed; that afterward the mortgage as to a portion of the land was released, for the purpose of enabling the defendants to borrow certain money from the school fund,

and secure the same by a mortgage on that portion of the premises so released. The mortgage and debt secured thereby is the property of the plaintiff. Among other appropriate relief, it was asked that a vendor's lien be established against that portion of the premises that had been released from the lien of the mortgage. To so much of the petition as asked a vendor's lien there was a demurrer, on the ground that the facts alleged did not entitle the plaintiff to such relief. The demurrer was sustained and the plaintiff. a peals.

*N. Corning*, for appellant.

No appearance for appellee.

SEEVERS, J.—Whether a vendor's lien should be regarded as waived because a mortgage has been taken on other property is not in this case. But where a mortgage is taken on the same property sold it evinces, we think, an unmistakable intent on the part of the vendor to waive the lien. The latter is a mere equity, and must be regarded as merged or displaced by the mortgage. The two are inconsistent, and cannot exist and be enforceable at the same time. *Young v. Wood et al.*, 11 B. Mon., 123, is precisely in point and we are content to follow it, without restating what has been so well said in that case.

AFFIRMED.